FRANK J. BAUMERT et al., Appellants, *v.* MANFRED MALKIN, Doing Business under the Trade Name of THE " MALKIN MUSIC SCHOOL," et al., Respondents.

*Appeal — Court of Appeals without jurisdiction to entertain appeal from judgment entered upon order of Appellate Division reversing interlocutory judgment and directing dismissal of complaint.*

*Baumert* v. *Malkin*, 189 App. Div. 858, appeal dismissed.
(Argued March 2, 1921; decided March 22, 1921.)

APPEAL from a judgment, entered April 25, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an interlocutory judgment of Special Term overruling demurrers to the complaint, sustained said demurrers and directed a dismissal of the complaint. Defendant contended that the Court of Appeals was without jurisdiction to entertain the appeal.

*Charles Adkins Baker* and *Herman Aaron* for appellants.
*Taylor More* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.